UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LAVELLE P. JACKSON,

        Plaintiff,

 v.                                                                       Case No. 09-C-1044

ROBERT HUMPHREYS,

        Defendant.

**ORDER**

        Currently pending in the above pro se action for habeas corpus pursuant to 28 U.S.C. § 2254 are the defendant's motion to proceed *in forma pauperis*, motion to waive copy requirements, and motion for order for transcript. All motions will be denied.

        The motion for leave to proceed *in forma pauperis* is moot in that the petitioner has paid the $5.00 filing fee for petitions under 28 U.S.C. § 2254. No further filing fee is required.

        In his motion to waive copy requirements, petitioner asks that the Court accept the original and two photocopies of his habeas petition and briefs. He indicates he is unable to provide further copies at this time. This is a sufficient number of copies and no need for a waiver of any further requirement is necessary. Accordingly, the motion is also denied as moot.

        Finally, petitioner's motion for transcripts seems more informational, advising the Court that he has requested the Clerk of the Wisconsin Supreme Court forward all exhibits, motions, briefs, letters, etc. relating to his state case that he is asking this Court to review.

The custodian has been directed to respond to the petition and, upon doing so, is expected to provide the Court with those portions of the state court action necessary to address the claims petitioner has raised. Accordingly, no motion or action on the part of the Court or the petitioner is required at this point. Therefore, that motion is also denied as moot.

**SO ORDERED** this   2nd   day of February, 2010.

s/ William C. Griesbach
William C. Griesbach
United States District Judge
